IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| PATRICK HUTCHENS, Personal Representative for the Estate of Neil Hutchens, Deceased;<br><br>Plaintiff,<br><br>vs.<br><br>HI-SPEED GROUP INC., a corporation residing in Alberta, Canada; MANPREET SINGH, Individually; and  AG VALLEY COOPERATIVE,<br><br>Defendants. | **4:24CV3217**<br><br><br>**ORDER** |

This matter comes before the Court after a review of the docket and pursuant to NECivR 41.2, which states in relevant part: "At any time, after appropriate notice, a case not being prosecuted with reasonable diligence may be dismissed for lack of prosecution."

Plaintiff filed an amended complaint, with leave of Court, on April 30, 2025. Filing No. 39. All defendants named in the amended complaint have appeared in this action. None of the defendants have responded to the amended complaint. *See* Fed. R. Civ. Proc. 15(a)(3). Plaintiff has a duty to prosecute the case and may, for example, seek default judgment in accordance with the applicable rules or take other action as appropriate.

Accordingly,

IT IS ORDERED that Plaintiff shall have until July 30, 2025 to show cause why this case should not be dismissed pursuant to NECivR. 41.2 for want of prosecution. The

1

failure to timely comply with this order may result in dismissal of this action without further notice.

Dated this 30th day of June, 2025.

BY THE COURT:

*s/ Jacqueline M. DeLuca*

United States Magistrate Judge